THE GLOBE AND RUTGERS FIRE INSURANCE COMPANY, Appellant, v. ST. LOUIS-SAN FRANCISCO RAILWAY COMPANY, Respondent.— Order so far as appealed

from affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve its complaint within ten days from service of this order with notice of entry thereof upon payment of said costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.